

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00034-CR

STEVEN LARRASQUITU, Appellant

V.

THE STATE OF TEXAS

§ On Appeal from the 213th District Court

§ of Tarrant County (1660860D)

§ January 19, 2023

§ Memorandum Opinion by Justice Walker

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker